IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NANCY A. BROWN**                                                                                      **PLAINTIFF**

v.                              Case No. 4:20-cv-01463 KGB

**ST. VINCENT INFIRMARY**
**MEDICAL CENTER**                                                                                   **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to dismiss with prejudice (Dkt. No. 36). The joint motion to dismiss with prejudice accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court grants the joint motion to dismiss with prejudice (*Id*.). The action is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

It is so ordered this 2nd day of March, 2022.

*[signature]*
Kristine G. Baker
United States District Judge